Fill in this information to identify the case:

United States Bankruptcy Court for the:
Southern District of Texas

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy        06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | Katy ABA Center of Texas, LLC | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 3 5 – 2 3 9 0 7 4 2 | |
| **4. Debtor's address** | **Principal place of business** <br><br> 23222 Kingsland Blvd. <br> Number     Street <br><br> Katy, TX 77494 <br> City               State   ZIP Code <br><br> Harris <br> County | **Mailing address, if different from principal place of business** <br><br> P.O. Box 38 <br> Number     Street <br><br> Katy, TX 77492 <br> City               State   ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number     Street <br><br> City               State   ZIP Code |
| **5. Debtor's website (URL)** | http://www.katyabaoftexas.com/ | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ | |

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page **1**

Debtor   Katy ABA Center of Texas, LLC                                    Case number *(if known)*
         Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>6  2  1  3 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply:*<br> ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br> ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br> ☐ A plan is being filed with this petition.<br> ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br> ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br> ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____  When _____  Case number _____<br>          MM / DD / YYYY<br>   District _____  When _____  Case number _____<br>          MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____  Relationship _____<br>   District _____  When _____<br>          MM / DD / YYYY<br>   Case number, if known _____ |

Debtor   **Katy ABA Center of Texas, LLC**                                         Case number *(if known)*
　　　　　Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　　　　Number　Street

_____
City　　　　　　　　　　State　ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
　　　　　Contact name _____
　　　　　Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49　☐ 50-99　☐ 1,000-5,000　☐ 5,001-10,000　☐ 25,001-50,000　☐ 50,000-100,000
☐ 100-199　☐ 200-999　☐ 10,001-25,000　　　　　　　　　　　☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000　　　　　　　☐ $1,000,001-$10 million　　　☐ $500,000,001-$1 billion
☐ $50,001-$100,000　　　　☐ $10,000,001-$50 million　　 ☐ $1,000,000,001-$10 billion
☒ $100,001-$500,000　　　 ☐ $50,000,001-$100 million　　☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million　　 ☐ $100,000,001-$500 million　☐ More than $50 billion

Debtor  Katy ABA Center of Texas, LLC  
    Name

Case number *(if known)*

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/01/2024  
    MM/ DD/ YYYY

X  /s/ Laura K. Gore  
Signature of authorized representative of debtor

Laura K. Gore  
Printed name

Title  President

**18. Signature of attorney**

X  /s/ Susan Tran Adams  
Signature of attorney for debtor

Date  02/01/2024  
    MM/ DD/ YYYY

Susan Tran Adams  
Printed name

TRAN SINGH, LLP  
Firm name

2502 La Branch St.  
Number    Street

Houston      TX      77004  
City      State      ZIP Code

Contact phone      stran@ts-llp.com  
    Email address

24075648      TX  
Bar number      State

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page **4**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Katy ABA Center of Texas, LLC**                                    CASE NO

                                                                             CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   02/01/2024      Signature                    /s/ Laura K. Gore
                                                    Laura K. Gore, President

Abigail Martinez
9140 Highway 6 N Apt 2106
Houston, TX 77095-3353

Karina McDonnell
21550 Provincial Blvd Apt 301
Katy, TX 77450

Xiomara J. Rios Hernandez
19810 Lake Hollow Ln
Houston, TX 77084

6701 Highway Blvd, LLC
9432 Katy Freeway Suite 300
Houston, TX 77055

Alexis Castillo
2302 Zephyr Ln
Rosenberg, TX 77471

Alfred Southerland
4141 Southwest Freeway Suite 300
Houston, TX 77027

Amegy Bank
1801 Main Street 11th Floor
Houston, TX 77002

American Express
PO Box 6031
Carol Stream, IL 60197

Ariel Bouskila, Esq.
1545 U.S. 202 Suite 101
Pomona, NY 10970


Avy Infante
135 Hill St
Sealy, TX 77474


Bay First Bank
700 Central Ave
Saint Petersburg, FL 33701


C T Corporation System
Attn: SPRS
330 N Brand Blvd Suite 700
Glendale, CA 91203


Capytal.com
1801 NE 123rd Street Suite 421
Miami, FL 33181


Chase Bank
PO Box 6026
Chicago, IL 60680


Corporation Service Company
P.O. Box 2576
Springfield, IL 62708


DMKA LLC dba The Smarter Merchant
345 7th Ave
New York, NY 10001

First Home Bank
9190 Seminole Blvd
Seminole, FL 33772

Fundamental Capital
100 Garden City Plz Ste 410
Garden City, NY 11530-3216

Grizzaffi's Copier Sales & Services
6035 Redhead Ln.
Katy, TX 77493

Harris County
Ann Harris Bennett
Po Box 3547
Houston, TX 77253-3547

Infinite Mulching
c/o Salvador Velasquez
209 Busch st.
Houston, TX 77060

Isaac Gore
2010 Rice Mill Dr.
Katy, TX 77494

Jalessa Pittman
6112 County Road 248
Caldwell, TX 77836-4197

Jenna S. Oakes
19707 Horseshoe Lake Ln
Houston, TX 77084

Jennifer A. Duty
20230 White Poplar Dr
Katy, TX 77449

Justin Branch
16411 Concord Falls Ln
Sugar Land, TX 77498

Kameron Sandoval
2302 Zephyr Ln
Rosenberg, TX 77471

Kenara E. McCoy
3902 Wrenfield Ct
Katy, TX 77449

Kingsland Plaza, LTD
2511 Encino Lane
Sugar Land, TX 77478

Krystle Perez
2302 Zephyr Ln
Rosenberg, TX 77471

Laila Rodriguez
3419 Fountains Dr Apt 413
Rosenberg, TX 77471

Larry Gore
2010 Rice Mill Dr.
Katy, TX 77494

Laura Gore
2010 Rice Mill Dr.
Katy, TX 77494

Laura Moreno
26815 Long Leaf Valley Dr #26815
Katy, TX 77494

Law Offices of Isaac H. Greenfield, PLLC
2 Executive Blvd Ste 305
Suffern, NY 10901

Lorna A. Onono
15200 Park Row Apt 823
Houston, TX 77084

Marlin Leasing Corp
300 Fellowship Rd
Mount Laurel, NJ 08054

Moriah A. Baines
11535 Elizabeth Brook Dr
Richmond, TX 77406

My Tech Solutions
1306 Avenue A
Katy, TX 77493

Onesia L. Beal
4029 Tulip Tree Ln
Brookshire, TX 77423

PNC Equipment Finance, LLC
655 Business Center Dr. 1210
Horsham, PA 19044


Rapid Finance
C/o Small Business Financial Solutions, LLC
4500 East West Highway 6th Floor
Bethesda, MD 20814

Rebecca Cortez
1122 Alamo St
Rosenberg, TX 77471


Seamless Capital Group LLC
2329 Nostrand Ave
Brooklyn, NY 11210


Secured Lender Solution
P.O. Box 2576
Springfield, IL 62708


State of Texas
Texas Comptroller
P.O. Box 149359
Austin, TX 78714


Sylvia P. Peralta
1823 Elm Hollow Way
Rosenberg, TX 77471


Taylar Francis
4059 Balboa Dr
Rosharon, TX 77583

The LCF Group, Inc.
3000 Marcus Ave Suite 2W15
New Hyde Park, NY 11042


Whitney E. Mata
1660 Katy Gap Rd Apt 29103
Katy, TX 77494


Zariah Peralez-Martinez
23403 Kingsland Blvd Apt 1226
Katy, TX 77494-3068